## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**JESUS GONZALEZ**

    **Plaintiff**                                                                **Case Number**:  **1:25-cv-20169-JAL**

**V.**

**EGO COLLISION CENTER CORP.**

    **Defendant(s)**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of

dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each

party shall bear their own attorney's fees and costs.

    Respectfully submitted,

Dated: February 13, 2025                                             */s/ Alberto R. Leal*.
    Alberto R. Leal, Esq., P.A.
    Florida Bar No.: 1002345
    E-Mail: albertolealesq@gmail.com
    Phone: 954-637-1868